UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO L. HOGAN, | 1: 08 CV 0268 OWW WMW HC |
| Petitioner, | ORDER SUBSTITUTING NAMED RESPONDENT |
| v. | |
| D. K. SISTO, WARDEN, | |
| Respondent. / | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. In his motion to dismiss, Respondent informs the court that Petitioner was paroled on March 8, 2008, to Region 1 in Modesto, California. Respondent asks the court to substitute Richard Burrows, Acting Parole Administrator for Region 1, as Respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. Good cause appearing, Respondent's request is HEREBY GRANTED. The Clerk of the Court is DIRECTED to substitute Richard Burrows, Acting Parole Administrator for Region 1, as the named

1 | Respondent in this action.

3 | IT IS SO ORDERED.

4 | **Dated:   January 12, 2009**          **/s/  William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE